**FILED**
January 25, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>            Plaintiff,                         )<br>v.                                                      )<br>                                                          )<br>DEBORAH LYNN POLLARD,     )<br>                                                          )<br>            Defendant.                     ) | Case No. 2:17-mj-00012-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DEBORAH LYNN POLLARD, Case No. 2:17-mj-00012-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

   _X_   Co-signed Unsecured Appearance Bond

   ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The bond paperwork shall be filed by 1/27/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/25/2017  at  2:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge